No. 04–9689. WILSON *v.* HUBBARD, SUPERINTENDENT, MC-CAIN CORRECTIONAL HOSPITAL. C. A. 4th Cir. Certiorari denied. 

No. 04–9703. BARKLEY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 04–9726. RODRIGUEZ-VILLARREAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9729. ROBINSON *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 04–9742. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 04–9749. ABIMBOLA-AMOO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 04–9750. BRONSHTEIN *v.* BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9764. TURPIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–9767. PULLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–9769. BOONE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 04–9771. SHERMAN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 04–9774. ANDERSON *v.* DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–9777. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9780. FINCH *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 04–9782. FLORES-GUZMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.